AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

BJ FOOD SERVICES, INC. d/b/a BEBO'S BBQ
*Plaintiff*
v.
WANDA I. RIVERA
*Defendant*

Case No. 26-1644

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff BJ FOOD SERVICES, INC., d/b/a BEBO'S BBQ .

Date: 10/06/2026

*Attorney's signature*

José Enrico Valenzuela-Alvarado; USDC-PR 220104
*Printed name and bar number*

VALENZUELA-ALVARADO, LLC
MCS Plaza, 255 Ponce de León Avenue
Suite 825, Hato Rey
San Juan, Puerto Rico 00917-1942
*Address*

jeva@valenzuelalaw.net; jose.enrico.valenzuela1@gmail.com
*E-mail address*

(787) 756-4053
*Telephone number*

(787) 705-7415
*FAX number*